IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ROBERT LIETZ,**<br><br>                  Plaintiff,<br><br>v.<br><br>**PARKER-HANNIFIN CORP., and HOUSE OF TOOLS & ENGINEERING, INC.,**<br><br>                  Defendants. | Case No: 4:06CV008800DDN |

## VOLUNTARY DISMISSAL

Plaintiff Robert Lietz, pursuant to Rule 41(a)(1) hereby files his notice of dismissal of this matter, without prejudice.  Because defendants have not filed an answer or motion for summary judgment no court order is required.

                  **Respectfully submitted,**

                  **SIMON●PASSANANTE, P.C.**

By: ___/s/Anthony G. Simon_____
      Anthony G. Simon        #4369
      Attorney for Plaintiffs
      701 Market Street, Suite 1450
      Saint Louis, MO 63101
      (314) 241-2929
      (314) 241-2029 (fax)
      asimon@spstl-law.com

### Certificate of Service

The undersigned certifies that a true and correct copy of the above and foregoing was mailed this 11th day of January, 2007, to:  Stephen L. Sulzer and James Calve, Attorney for Parker-Hannifin, 1990 M Street, N.W., Suite 800, Washington, D.C.  20036-3425 and John A. Molnar, Jr., Assistant General Counsel, Parker Hannifin Corporation, 6035 Parkland Boulevard, Cleveland, OH  44124-4141.
                                    _____/s/Anthony G. Simon_____

2